UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MELVIN KILLINGS,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00088-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 59 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 19, 2020 at 1:00 p.m., be vacated and continued to December 21, 2020, at 3:00 p.m.

DATED this 15th day of October 2020.

_____
UNITED STATES DISTRICT JUDGE