UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELVIN KILLINGS,<br><br>    Defendant. | Case No. 2:17-cr-00088-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 61 |

    Based on the parties stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, December 21, 2020 at 3:00 p.m., be vacated and continued to February 22, 2021, at 2:00 p.m.

    DATED this 16th day of November 2020.

                                                                                    _____
                                                                                   UNITED STATES DISTRICT JUDGE